■■■■■■■ UNITED STATES *versus* SEVEN BAGS OATS, ONE WHITEWASH BRUSH, ONE CANOE AND ONE PADDLE AND ONE OAR, THE TACKLE AND FURNITURE OF SAID CANOE, TEN BAGS AND TWENTY BUSHELS OATS, TWELVE BAGS OATS, AND THREE EMPTY BAGS.

JOURNAL ENTRIES: (1) Jan. 13, 1834: libel filed, time fixed for trial, notice ordered published; (2) Jan. 30, 1834: publication proved, proclamation made, motion for judgment; (3) March 24, 1834: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.
*File No.* 104.